ORIGINAL

# In the United States Court of Federal Claims

No. 17-942C

(Filed: August 16, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SIGFRID BRADSHAW,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
AUG 1 6 2017
U.S. COURT OF
FEDERAL CLAIMS

ORDER

    On July 20, 2017, this Court ordered Mr. Bradshaw to either pay the filing fee associated with this case or submit an application to proceed *in forma pauperis* by August 10, 2017. Further, this Court informed Mr. Bradshaw that failure to comply with the order would result in the dismissal of his complaint for failure to prosecute under Rule 41 of this Court. Dkt. No. 5. As of this date, Mr. Bradshaw has neither paid his filing fee nor submitted an application to proceed *in forma pauperis*. Therefore, the Clerk is directed to dismiss Mr. Bradshaw's complaint without prejudice for failure to prosecute.

    IT IS SO ORDERED.

                                                                             THOMAS C. WHEELER
                                                                             Judge

7012 3460 0001 7791 8149